IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HICKS, | No. CV-F-04-6671 REC/DLB |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL AND DISMISSING THIS ACTION |
| vs. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

Plaintiff's motion for voluntary dismissal of this action is granted and this action is dismissed.

IT IS SO ORDERED.

**Dated: June 2, 2005**          /s/ Robert E. Coyle
668554                           UNITED STATES DISTRICT JUDGE

1